IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EUROFASE, INC., | ) |
|        Plaintiff, | ) CASE NO: 1:16-cv-2705 |
| v. | ) JUDGE: DAN AARON POLSTER |
| ETi SOLID STATE LIGHTING, INC., | ) |
|        Defendant. | ) |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE, FINAL**

Counsel for the parties hereto, having informed the Court of the settlement of this action, and requesting the same to be dismissed forthwith with prejudice, this Court hereby orders that 1) this action be DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS, and 2) this Court shall retain jurisdiction over any action regarding breach of the Settlement Agreement between the parties in this action. THIS ORDER IS FINAL.

The Clerk shall enter this upon the Record.

IT IS SO ORDERED.

Dated:  12/15/2017                .

/s/ Dan Aaron Polster
Dan Aaron Polster
Judge, United States District Court (N.D. Ohio)